# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

| | | |
|---|---|---|
| Jeffrey S. Boxer<br>Partner<br>•<br>*Direct Dial: 212-238-8626*<br>*E-mail: boxer@clm.com* | *2 Wall Street*<br>*New York, NY 10005-2072*<br>•<br>*Tel (212) 732-3200*<br>*Fax (212) 732-3232* | *570 Lexington Avenue*<br>*New York, NY 10022-6856*<br>*(212) 371-2720* |

August 11, 2015

**VIA ECF**

Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Ocean Blue (pty), Ltd. v. GA Design & Sourcing Corp., et al.*
             Case No. 15-cv-04533(JGK) (RLE)

Dear Judge Koeltl:

      This firm represents Defendants GA Design & Sourcing Corp. ("GA Design"), and Jorge Galliano Artime in the above referenced action. We write pursuant to Your Honor's Individual Practice Rule 1(E) to request an extension of GA Design's and Mr. Artime's time to respond to the complaint to September 2, 2015. GA Design's and Mr. Artime's current deadline to respond is August 12, 2015. Plaintiff's counsel has consented to the requested extension. Also, this extension will not affect any other dates set by the Court. This is the first request for an extension by GA Design and Mr. Artime. As GA Design and Mr. Artime just retained this firm as counsel in this matter, we request this extension to allow time to investigate Plaintiff's claims and GA Design's and Mr. Artime's defenses and potential counterclaims.

                                          Respectfully submitted,

                                          Jeffrey S. Boxer

JSB:hea
cc:    James Schmitz (counsel for Plaintiff) (by ECF)

7667152.1