# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Jeffrey S. Boxer
Partner

Direct Dial: 212-238-8626
E-mail: boxer@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

August 31, 2015

**VIA ECF**

Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Ocean Blue (pty), Ltd. v. GA Design & Sourcing Corp., et al.*
             Case No. 15-cv-04533(JGK) (RLE)

Dear Judge Koeltl:

      This firm represents Defendants GA Design & Sourcing Corp. ("GA Design"), and Jorge Galliano Artime in the above referenced action. We write pursuant to Your Honor's Individual Practice Rule 1(E) to request an extension of GA Design's and Mr. Artime's time to respond to the complaint from September 2, 2015 to October 2, 2015 and to adjourn the status conference currently scheduled for September 9 at 4:30 p.m. for 30 days. Plaintiff's counsel has consented to the requested extensions. The parties are engaged in settlement discussions and believe it would be most productive to try to conclude those discussions before the defendants respond to the complaint. This is the second request for an extension of time to respond to the complaint. The Court previously granted the letter motion on consent by GA Design and Mr. Artime to extend their time to respond to the complaint from August 12, 2015 to September 2, 2015.

                                 Respectfully submitted,

                                   Jeffrey S. Boxer

JSB:hea
cc:    James Schmitz (counsel for Plaintiff) (by ECF)

7676271.1