# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

Jeffrey S. Boxer
Partner

Direct Dial: 212-238-8626
E-mail: boxer@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

September 30, 2015

**VIA ECF**

Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Ocean Blue (pty), Ltd. v. GA Design & Sourcing Corp., et al.*
Case No. 15-cv-04533(JGK) (RLE)

Dear Judge Koeltl:

This firm represents defendants GA Design & Sourcing Corp. and Jorge Galliano-Artime in the above referenced action. We write pursuant to Your Honor's Individual Practice Rule 1(E) to request an extension of the defendants' time to respond to the complaint from October 2, 2015 to October 16, 2015 and to adjourn the status conference currently scheduled for October 6 at 4:00 p.m. Plaintiff's counsel has consented to the requested extensions. The parties have agreed to a settlement in principle and seek these extensions to allow the parties to finalize and document this settlement. The original time to respond to the complaint was August 13, 2015, and this is the third request for an extension.

Respectfully submitted,

*/s/ Jeffrey S. Boxer*
Jeffrey S. Boxer

JSB:hea

cc: Hannah V. Faddis (counsel for Plaintiff) (by ECF)

7689323.2